**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7630**
_____

CAIN NICHOLAS JONES,

                Plaintiff - Appellant,

      v.

MR. MAPES, Law Librarian, Virginia Beach Correctional
Center,

                Defendant - Appellee,

      and

GRIEVANCE RESPONDENT, Grievance Administrator, Virginia
Beach Correctional Center,

                Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Mark S. Davis, District
Judge. (2:11-cv-00139-MSD-DEM)

_____

Submitted: January 22, 2013      Decided: January 25, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cain Nicholas Jones, Appellant Pro Se. Samuel Lawrence
Dumville, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cain Nicholas Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Mapes, No. 2:11-cv-00139-MSD-DEM (E.D. Va. Aug. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED